Martina E. CLARK, Plaintiff—
Appellant,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, Rural Housing
Service, Defendant—Appellee.

No. 08–1087.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 23, 2008.

Martina E. Clark, Appellant Pro Se. Jennifer Ann Youngs, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martina E. Clark appeals the district court's order dismissing her complaint in which she sought an injunction to stop a state court foreclosure proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clark v. United States Dep't of Agriculture*, No. 3:06–cv–00457–MR–DCK, 2007 WL 3112458 (W.D.N.C. Oct. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*